UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL          JS-6

| Case No. | CV 20-3710-TJH(KSx) | Date | FEBRUARY 9, 2021 |
|---|---|---|---|

| Title | Cetera Financial Group, Inc. v. Michael Kolacz |
|---|---|

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

YOLANDA SKIPPER                                   NOT REPORTED
Deputy Clerk                                      Court Reporter

Attorneys Present for Plaintiffs:                 Attorneys Present for Defendants:
None Present                                      None Present

**Proceedings:    (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

On December 3, 2020 the Court issued an order giving the parties time to file their dismissal order by January 29, 2021, in light of the parties settlement.  As of today no dismissal order has been filed.

It is therefore ordered that this action is hereby dismissed without prejudice.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. [JS-6]

IT IS SO ORDERED.

cc: all parties